UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE LEONARD SMITH,

    Petitioner,

v.                                                    Case No. 6:05-cv-657-Orl-22KRS

JAMES CROSBY, et al.,

    Respondents.

**ORDER REQUIRING PETITIONER TO SUBMIT
PROPER COMPUTER PRINTOUT, BANK LEDGER CARD,
NOTARIZED STATEMENT, OR AUTHORIZED FINANCIAL STATEMENT**

    Petitioner's computer printout (Doc. No. 2), filed on May 2, 2005, does not contain all the transactions in his prisoner account for the three (3) months preceding the filing of his petition. If there have not been any transactions in the prison account during this period, an authorized officer or petitioner in a notarized statement must state the following: "There have not been any deposits or withdrawals in this prisoner's account for the period from _____ to _____." (Fill in blanks). Further, if petitioner did not have a prison account for this period of time, an authorized officer or petitioner in a notarized statement must inform the Court. Petitioner must submit a computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all the transactions in his prisoner account for the period from February 2, 2005, through May 2, 2005 (the three months preceding the filing of his petition). Failure to do so within

**TWENTY (20) DAYS** from the date of this order will result in the <u>dismissal</u> of this action <u>without further</u> <u>notice</u>.

**DONE AND ORDERED** at Orlando, Florida, this <u>8th</u> day of June, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/8
Bruce Leonard Smith