UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE LEONARD SMITH,

    Petitioner,

v.                                                              CASE NO. 6:05-cv-657-Orl-22KRS

JAMES CROSBY, et al.,

    Respondents.

## **ORDER**

    This case is before the Court on Respondents' Response to Petition (Doc. No. 11, filed December 12, 2005). In the procedural history, Respondents state that mandate issued regarding Petitioner's Rule 3.850 appeal on April 22, 2005. (Doc. No. 11 at 5.) However, in the discussion of the timeliness of the instant petition, Respondents state that the appeal was concluded in April of 2004. *Id*. at 8. In addition, Respondents state in the discussion that Petitioner's first § 2254 petition tolled the one year period. *Id*. The Court notes that the United States Supreme Court has held to the contrary. *See Duncan v. Walker*, 533 U.S. 167, 181-82 (2001) (holding that § 2244(d)(2) does not toll the limitations period during the pendency of a prior federal habeas corpus petition).

    Within **THIRTY (30) DAYS** from the date of this Order, Respondents shall file an amended response to the petition. The amended response shall include all of the information required by the November 3, 2005, Order (Doc. No. 10) and shall not refer to the original response.

    **DONE AND ORDERED** at Orlando, Florida this 20th day of December, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 12/20
Bruce Leonard Smith
Counsel of Record