UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE LEONARD SMITH,

    Petitioner,

v.                                    CASE NO. 6:05-cv-657-Orl-22KRS

JAMES CROSBY, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**: Petitioner's Request for Permission to File a Supplemental Pleading for Petition for Writ of Habeas Corpus (Doc. No. 17, filed January 3, 2006).

Thereon it is **ORDERED** that Respondents shall file a response to the motion within **TWENTY (20) DAYS** from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida this 20th day of January, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 1/20
Bruce Leonard Smith
Counsel of Record